Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EVELINE HENRIETTE ROSENBERRY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY, | Case No. C07-05448-PVT |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE BY MAIL** |
| MANN BRACKEN, LLC, a Georgia limited liability company, | |
| Defendant. | |

STATE OF CALIFORNIA        )
                           ) ss:
COUNTY OF SANTA CLARA      )

I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 12 South First Street, Suite 1014, San Jose, California 95113-2403. November 13, 2007, I served the following:

1.    FIRST AMENDED COMPLAINT

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California addressed as follows:

**DEFENDANT:**
Mann Bracken, LLC
James D. Branton
Agent for Service of Process
2727 Paces Ferry Road, Suite 1400
Atlanta, GA 30339-4053

-1-

1    I declare under penalty of perjury that the foregoing is true and correct and that this

2 declaration was executed at San Jose, California on November 13, 2007.

3                                            /s/ Fred W. Schwinn

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE BY MAIL                                    Case No. C07-05448-PVT