IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>            Plaintiff,<br><br>v.<br><br>MANN BRACKEN, LLC, a Georgia limited liability company,<br><br>            Defendant. | Case No.  C07-05448-JW-PVT<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

        Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

        (1)  Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        (2)  Discussed the available dispute resolution options provided by the Court and private entities; and

        (3)  Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 10, 2008                             */s/ Eveline H. Rosenberry*
                                                                    Eveline Henriette Rosenberry, Plaintiff


Dated: January 10, 2008                             */s/*
                                                                    Fred W. Schwinn, Esq.
                                                                    Attorney for Plaintiff