1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   EVELINE HENRIETTE ROSENBERRY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>                Plaintiff,<br><br>v.<br><br>MANN BRACKEN, LLC, a Georgia limited liability company,<br><br>                Defendant. | Case No. C07-05448-JW-PVT<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Date:        February 11, 2008<br>Time:       10:00 p.m.<br>Judge:      Honorable James Ware<br>Courtroom: 8, 4th Floor<br>Place:       280 South First Street<br>                San Jose, California |

Plaintiff hereby notifies the Court that the parties have reached a settlement in this case. Plaintiff respectfully requests that the Case Management Conference to be conducted in this matter on February 11, 2008, at 10:00 a.m. be vacated. Plaintiff anticipates that the parties will file a Stipulation for Dismissal of the case no later than February 29, 2008.

Dated: January 8, 2008                     /s/ Fred W. Schwinn
                                                       Fred W. Schwinn, Esq.
                                                       Attorney for Plaintiff
                                                       EVELINE HENRIETTE ROSENBERRY