**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SAN JOSE DIVISION

10    Eveline Henriette Rosenberry,                    NO. C 07-05448 JW

11            Plaintiff,                    **ORDER TO SHOW CAUSE**
         v.                               **RE: SETTLEMENT**
12
     Mann Bracken, LLC,
13
             Defendant.
14    _____/

15        On February 8, 2008, Plaintiff informed the Court that the above-entitled matter has reached

16    a settlement.  (See Docket Item No. 12.)  In light of the settlement, the Court vacates all trial and

17    pretrial dates.  On or before **February 29, 2008**, the parties shall file a stipulated dismissal pursuant

18    to Federal Rule of Civil Procedure 41(a).

19        If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,

20    4th Floor, United States District Court, 280 South First Street, San Jose, California on **March 10,**

21    **2008 at 9:00 a.m.** to show cause, if any, why the case should not be dismissed pursuant to Fed. R.

22    Civ. P. 41(b).  On or before **February 29, 2008**, the parties shall file a joint statement in response to

23    this Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties

24    for finalizing the settlement and how much additional time is requested to finalize and file the

25    dismissal.  If a voluntary dismissal is filed as ordered, the joint statement need not be filed and the

26    Order to Show Cause hearing will be automatically vacated.

27

28

1          Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2  this action.

3

4  Dated:  February 8, 2008                                   _____

                                                              JAMES WARE
5                                                             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Fred W. Schwinn fred.schwinn@sjconsumerlaw.com
    Tomio Buck Narita tnarita@snllp.com
3

4
    **Dated:  February 8, 2008**                          **Richard W. Wieking, Clerk**
5

6                                                          **By:     /s/ JW Chambers         **
                                                              **Elizabeth Garcia**
7                                                             **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28