Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EVELINE HENRIETTE ROSENBERRY

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>Plaintiff,<br><br>v.<br><br>MANN BRACKEN, LLC, a Georgia limited liability company,<br><br>Defendant. | Case No. C07-05448-JW-PVT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, EVELINE HENRIETTE ROSENBERRY, and Defendant, MANN BRACKEN, LLC, stipulate, and the Court hereby orders, as follows:

    1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, EVELINE HENRIETTE ROSENBERRY, against Defendant, MANN BRACKEN, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

| | | |
|---|---|---|
| 1 | Dated: February 15, 2008 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>EVELINE HENRIETTE |
| 3 | | ROSENBERRY |
| 4 | | |
| 5 | Dated: February 15, 2008 | /s/ Tomio B. Narita<br>Tomio B. Narita, Esq.<br>Attorney for Defendant |
| 6 | | MANN BRACKEN, LLC |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____

The Honorable James Ware
Judge of the District Court

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No.  C07-05448-JW-PVT