1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   EVELINE HENRIETTE ROSENBERRY

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>Plaintiff,<br><br>v.<br><br>MANN BRACKEN, LLC, a Georgia limited liability company,<br><br>Defendant. | Case No. C07-05448-JW-PVT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

   Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, EVELINE HENRIETTE ROSENBERRY, and Defendant, MANN BRACKEN, LLC, stipulate, and the Court hereby orders, as follows:

   1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, EVELINE HENRIETTE ROSENBERRY, against Defendant, MANN BRACKEN, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

///
///
///
///
///
///

-2-

| | |
|---|---|
| Dated: February 15, 2008 | /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>EVELINE HENRIETTE<br>ROSENBERRY |
| Dated: February 15, 2008 | /s/ Tomio B. Narita<br>Tomio B. Narita, Esq.<br>Attorney for Defendant<br>MANN BRACKEN, LLC |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.   The Clerk shall close this file.

Dated: February 19, 2008

_____
The Honorable James Ware
Judge of the District Court